# Exhibit 1

Int. Cls.: **9, 25 and 41**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, 39, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. 3,578,668
Registered Feb. 24, 2009

## TRADEMARK
## SERVICE MARK
**PRINCIPAL REGISTER**

# WU-TANG CLAN

ROBERT DIGGS (UNITED STATES INDIVIDUAL)
SUITE 2300
1775 BROADWAY
NEW YORK, NY 10003

FOR: COMPACT DISCS FEATURING MUSIC; DVDS FEATURING MUSIC; DIGITAL MEDIA, NAMELY, PRE-RECORDED VIDEO CASSETTES, DIGITAL VIDEO DISCS, DIGITAL VERSATILE DISCS, DOWNLOADABLE AUDIO AND VIDEO RECORDINGS, DVDS, AND HIGH DEFINITION DIGITAL DISKS FEATURING MUSIC; PRE-RECORDED CDS, VIDEO TAPES, LASER DISKS AND DVDS FEATURING MUSIC; AUDIO AND VIDEO RECORDINGS FEATURING MUSIC; AUDIO RECORDINGS FEATURING MUSIC; DIGITAL AUDIO TAPE RECORDERS; DOWNLOADABLE MP3 FILES, MP3 RECORDINGS, ONLINE DISCUSSION BOARDS, WEBCASTS AND PODCASTS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROADCASTS; DOWNLOADABLE MUSICAL SOUND RECORDINGS; DOWNLOADABLE VIDEO RECORDINGS FEATURING MUSIC; MUSICAL SOUND RECORDINGS; MUSICAL VIDEO RECORDINGS; PRE-RECORDED DIGITAL MEDIA FEATURING MUSIC; PRE-RECORDED ELECTRONIC MEDIA MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-15-1993; IN COMMERCE 1-15-1993.

FOR: INFANT AND TODDLER ONE PIECE CLOTHING; SHORT SETS; SHIRTS; SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; SLEEP SHIRTS; SPORT SHIRTS; SWEAT SHIRTS; PANTS; CARGO PANTS; DENIMS; JOGGING PANTS; LOUNGE PANTS; SWEAT PANTS; YOGA PANTS; HEADGEAR, NAMELY, HATS AND CAPS; SHOES; SNEAKERS; SOCKS AND STOCKINGS; BOARD SHORTS; BOXER SHORTS; GYM SHORTS; SWEAT SHORTS; TANK TOPS; TOPS; PAJAMAS; COATS; JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-1993; IN COMMERCE 1-15-1993.

FOR: ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY A MUSICAL BAND; ENTERTAINMENT, NAMELY, LIVE MUSIC CONCERTS; MUSIC COMPOSITION FOR OTHERS; PRODUCTION OF SOUND AND MUSIC VIDEO RECORDINGS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-15-1993; IN COMMERCE 1-15-1993.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-335,201, FILED 11-21-2007.

JESSICA A. POWERS, EXAMINING ATTORNEY

Int. Cls.: 9, 25 and 41

Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, 39, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,578,670
Registered Feb. 24, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



ROBERT DIGGS (UNITED STATES INDIVIDUAL)

SUITE 2300

1775 BROADWAY

NEW YORK, NY 10019

FOR: COMPACT DISCS FEATURING MUSIC; DVDS FEATURING MUSIC; DIGITAL MEDIA, NAMELY, PRE-RECORDED VIDEO CASSETTES, DIGITAL VIDEO DISCS, DIGITAL VERSATILE DISCS, DOWNLOADABLE AUDIO AND VIDEO RECORDINGS, DVDS, AND HIGH DEFINITION DIGITAL DISKS FEATURING MUSIC; PRE-RECORDED CDS, VIDEO TAPES, LASER DISKS AND DVDS FEATURING MUSIC; AUDIO AND VIDEO RECORDINGS FEATURING MUSIC; AUDIO RECORDINGS FEATURING MUSIC; DOWNLOADABLE MP3 FILES, MP3 RECORDINGS, ONLINE DISCUSSION BOARDS, WEBCASTS AND PODCASTS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROADCASTS; DOWNLOADABLE MUSICAL SOUND RECORDINGS; DOWNLOADABLE RING TONES, GRAPHICS AND MUSIC VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES; DOWNLOADABLE VIDEO RECORDINGS FEATURING MUSIC; MUSICAL SOUND RECORDINGS; MUSICAL VIDEO RECORDINGS; PRE-RECORDED DIGITAL MEDIA FEATURING MUSIC; PRE-RECORDED ELECTRONIC MEDIA MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-15-1993; IN COMMERCE 1-15-1993.

FOR: TOPS; INFANT AND TODDLER ONE PIECE CLOTHING; SHORT SETS; SHIRTS; SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; SLEEP SHIRTS; SPORT SHIRTS; SWEAT SHIRTS; CARGO PANTS; DENIMS; JOGGING PANTS; LOUNGE PANTS; PANTS; SWEAT PANTS; YOGA PANTS; HEADGEAR, NAMELY, HATS AND CAPS; SHOES; SNEAKERS; SOCKS AND STOCKINGS; BOARD SHORTS; BOXER SHORTS; GYM SHORTS; PANTIES, SHORTS AND BRIEFS; SWEAT SHORTS; TANK TOPS; PAJAMAS; COATS; JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-1993; IN COMMERCE 1-15-1993.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS; PRODUCTION OF SOUND AND MUSIC VIDEO RECORDINGS; ENTERTAINMENT NAMELY, LIVE PERFORMANCES BY A MUSICAL BAND; ENTERTAINMENT, NAMELY LIVE MUSIC CONCERTS; MUSIC COMPOSITION FOR OTHERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-15-1993; IN COMMERCE 1-15-1993.

THE MARK CONSISTS OF A HIGHLY STYLIZED VERSION OF THE LETTER "W" RESEMBLING A BAT WITH THE WORDS "WU-TANG" IN THE MIDDLE.

SER. NO. 77-335,438, FILED 11-21-2007.

JESSICA A. POWERS, EXAMINING ATTORNEY

Int. Cls.: **9, 25 and 41**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, 39, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. **3,605,223**
Registered Apr. 14, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



DIGGS, ROBERT (UNITED STATES INDIVIDUAL)
SUITE 2300
1775 BROADWAY
NEW YORK, NY 10019

FOR: COMPACT DISCS FEATURING MUSIC; DVDS FEATURING MUSIC; DIGITAL MEDIA, NAMELY, PRE-RECORDED VIDEO CASSETTES, DIGITAL VIDEO DISCS, DIGITAL VERSATILE DISCS, DOWNLOADABLE AUDIO AND VIDEO RECORDINGS, DVDS, AND HIGH DEFINITION DIGITAL DISKS FEATURING MUSIC; PRE-RECORDED CDS, VIDEO TAPES, LASER DISKS AND DVDS FEATURING MUSIC; AUDIO AND VIDEO RECORDINGS FEATURING MUSIC; AUDIO RECORDINGS FEATURING MUSIC; PRERECORDED DIGITAL AUDIO TAPE FEATURING MUSIC; DOWNLOADABLE MP3 FILES, MP3 RECORDINGS, ONLINE DISCUSSION BOARDS, WEBCASTS AND PODCASTS FEATURING MUSIC, AUDIO BOOKS AND NEWS BROADCASTS; DOWNLOADABLE MUSICAL SOUND RECORDINGS; DOWNLOADABLE RING TONES FOR MOBILE PHONES; DOWNLOADABLE RING TONES, GRAPHICS AND MUSIC VIA A GLOBAL COMPUTER NETWORK AND WIRELESS DEVICES; DOWNLOADABLE VIDEO RECORDINGS FEATURING MUSIC; MUSICAL SOUND RECORDINGS; MUSICAL VIDEO RECORDINGS; PRE-RECORDED DIGITAL MEDIA FEATURING MUSIC; PRE-RECORDED ELECTRONIC MEDIA MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-15-1993; IN COMMERCE 1-15-1993.

FOR: BABY TOPS; HALTER TOPS; MUSCLE TOPS; TANK TOPS; CROP TOPS; INFANT AND TODDLER ONE PIECE CLOTHING; SHORT SETS; SHIRTS; SHORT-SLEEVED OR LONG-SLEEVED T-SHIRTS; SLEEP SHIRTS; SPORT SHIRTS; SWEAT SHIRTS; PANTS; CARGO PANTS; DENIMS; JOGGING PANTS; SWEAT PANTS; HEADGEAR, NAMELY, HATS AND CAPS; SHOES; SNEAKERS; SOCKS; BOXER SHORTS; GYM SHORTS; PANTIES, SHORTS AND BRIEFS; SWEAT SHORTS; PAJAMAS; COATS; JACKETS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-15-1993; IN COMMERCE 1-15-1993.

FOR: ENTERTAINMENT, NAMELY, LIVE MUSIC CONCERTS; ENTERTAINMENT, NAMELY, LIVE PERFORMANCES BY A MUSICAL BAND; MUSIC COMPOSITION FOR OTHERS; PRODUCTION OF SOUND AND MUSIC VIDEO RECORDINGS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEB SITE FEATURING MUSICAL PERFORMANCES, MUSICAL VIDEOS, RELATED FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-15-1993; IN COMMERCE 1-15-1993.

THE MARK CONSISTS OF A HIGHLY STYLIZED VERSION OF THE LETTER "W" RESEMBLING A BAT.

SER. NO. 77-431,469, FILED 3-25-2008.

PAULA MAHONEY, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# WU WEAR

**Reg. No. 5,572,964**
**Registered Oct. 02, 2018**
**Int. Cl.: 14**
**Trademark**
**Principal Register**

Diggs, Robert (UNITED STATES INDIVIDUAL)
C/o Kia Kamran P.c.
1900 Avenue Of The Stars, 25th Floor
Los Angeles, CALIFORNIA 900674301

CLASS 14: Jewelry; jewelry, namely, dog tags for wear by humans for decorative purposes; necklaces; rings; bracelets; earrings; key chains

FIRST USE 00-00-1995; IN COMMERCE 00-00-1995

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WEAR"

SER. NO. 87-372,550, FILED 03-15-2017

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# WU WEAR

**Reg. No. 5,572,965**
**Registered Oct. 02, 2018**
**Int. Cl.: 18**
**Trademark**
**Principal Register**

Diggs, Robert (UNITED STATES INDIVIDUAL)
C/o Kia Kamran P.c.
1900 Avenue Of The Stars, 25th Floor
Los Angeles, CALIFORNIA 900674301

CLASS 18: Backpacks; all purpose sport bags; gym bags; purses

FIRST USE 00-00-1995; IN COMMERCE 00-00-1995

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WEAR"

SER. NO. 87-372,560, FILED 03-15-2017

Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# WU WEAR

**Reg. No. 5,572,966**
**Registered Oct. 02, 2018**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

Diggs, Robert (UNITED STATES INDIVIDUAL)
C/o Kia Kamran P.c.
1900 Avenue Of The Stars, 25th Floor
Los Angeles, CALIFORNIA 900674301

CLASS 35: On-line retail store services featuring clothing, jewelry, backpacks, sport bags, gym bags, purses and accessories

FIRST USE 00-00-2002; IN COMMERCE 00-00-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WEAR"

SER. NO. 87-372,631, FILED 03-15-2017



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# WU WEAR

**Reg. No. 6,156,391**  
**Registered Sep. 22, 2020**  
**Int. Cl.: 25**  
**Trademark**  
**Principal Register**

Robert Diggs (UNITED STATES INDIVIDUAL)  
C/o Peter Paterno, Esq. At King, Holmes,  
1900 Avenue Of The Stars, 25th Floor  
Los Angeles, CALIFORNIA 90067

CLASS 25: Clothing, namely, shirts, t-shirts, graphic t-shirts, short-sleeved t-shirts, long-sleeved t-shirts, crop tops, tank tops, bodysuits, jerseys, sports jerseys, jackets, fleece jackets, camouflage jackets, outer jackets, denim jackets, track jackets, hooded jackets, hooded dresses, hooded sweatshirts, sweatshirts, crew necks, pants, track pants, jogging pants, sweat pants, shorts, socks, headwear, caps being headwear, shoes, footwear, slides in the nature of flip flop sandals

FIRST USE 00-00-1993; IN COMMERCE 00-00-1993

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "WEAR"

SER. NO. 88-534,382, FILED 07-24-2019



Director of the United States  
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## WU-TANG: AN AMERICAN SAGA

**Reg. No. 6,218,672**
**Registered Dec. 08, 2020**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Robert Diggs (UNITED STATES INDIVIDUAL)
C/o Peter Paterno, Esq. At King, Holmes,
1900 Avenue Of The Stars, 25th Floor
Los Angeles, CALIFORNIA 90067

CLASS 41: Entertainment services in the nature of a series of television programs, web-based programs, online programs featuring drama content, historical content, fiction content, music content, martial arts content, and other content; providing online non-downloadable audio visual recordings featuring drama content, historical content, fiction content, music content, martial arts content, and other content; providing online entertainment services and a website featuring non-downloadable photographs, entertainment information, information on a program in the field of musical history

FIRST USE 9-4-2019; IN COMMERCE 9-4-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "AMERICAN"

SER. NO. 88-979,432, FILED 07-25-2019





Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.